# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARY ANN FRANCO, et al.,

    Plaintiff(s),

v.

HILTON GRAND VACATIONS,

    Defendant(s).

Case No.: 2:19-cv-00090-GMN-NJK

**Order**

[Docket No. 25]

Pending before the Court is Defendant's motion to compel, filed on an emergency basis. Docket No. 25. Plaintiffs (through current attorney of record, Christopher Burk) are **ORDERED** to file a response indicating either that they have no opposition to the motion or explaining the basis for their opposition to the motion. That response must be filed by noon on June 7, 2019. Any reply must be filed by the end of the day on June 7, 2019.

IT IS SO ORDERED.

Dated: June 6, 2019

                                                       Nancy J. Koppe
                                                     United States Magistrate Judge

1