# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY ANN FRANCO, et al.,

    Plaintiff(s),

v.

HILTON GRAND VACATIONS,

    Defendant(s).

Case No.: 2:19-cv-00090-GMN-NJK

**Order**

The Court ordered Plaintiffs' counsel—Christopher Burk—to serve his clients with a copy of the order at Docket No. 24, and to file a proof of service. *See* Docket No. 24 at 2. No such proof of service has been filed. The Court again **ORDERS** Mr. Burk to serve Plaintiffs with the order at Docket No. 24, and to file a proof of service by June 11, 2019.

IT IS SO ORDERED.

Dated: June 10, 2019

Nancy J. Koppe
United States Magistrate Judge